1  JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
2  CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3  **PENGILLY LAW FIRM**
1995 Village Center Circle, Suite 190
4  Las Vegas, NV  89134
Telephone: (702) 889-6665
5  Facsimile:  (702) 889-6664
E-mail:  jpengilly@pengillylawfirm.com
6  E-mail:  cfuss@pengillylawfirm.com
*Attorneys for Plaintiffs/Counterdefendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RONALD E. GARDNER and CHRISTINE GARDNER,<br><br>             Plaintiffs,<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD; and DOES I through V,<br><br>             Defendants.<br>_____<br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD<br><br>             Counterclaimant,<br><br>v.<br><br>RONALD E. GARDNER and CHRISTINE GARDNER,<br><br>             Counterdefendants. | Case No.  2:13-cv-00920-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

1

# STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-defendants, Ronald E. Gardner and Christine Gardner, by and through their counsel of record, Pengilly Law Firm, and Defendant/Counterclaimant, Property & Casualty Insurance Company of Hartford, by and through their counsel of record, Bullivant Houser Bailey PC, pursuant to Rule 41(a)(2) that plaintiffs' First Amended Complaint and defendant's Counterclaim both be dismissed with prejudice.   Each party is to bear their own fees and costs.

DATED this ___ day of April, 2015.

PENGILLY LAW FIRM                                               BULLIVANT HOUSER BAILER PC


/s/ Chad D. Fuss_____                                /s/ Andrew B. Downs_____
JAMES W. PENGILLY, ESQ.                              Andrew B. Downs, Esq.
Nevada Bar No. 6087                                             Nevada Bar No. 8052
CHAD D. FUSS, ESQ.                                           235 Pine Street, Suite 1500
Nevada Bar No. 12744                                          San Francisco, CA  94104
1995 Village Center Circle, Suite 190                 Attorneys for Defendant/Counterclaimant
Las Vegas, NV  89134
*Attorneys for Plaintiffs/Counterdefendants*

# ORDER

IT IS SO ORDERED.

DATED this  4th day of May, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:
PENGILLY LAW FIRM

/s/ Chad D. Fuss_____
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6087
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
1995 Village Center Circle, Suite 190
Las Vegas, NV  89134
Attorneys for Plaintiffs